IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARONDA GREENE                                                                               PLAINTIFF

V.                            CASE NO. 3:11CV00290 JTK

CAROLYN W. COLVIN,[1] Acting Commissioner,
Social Security Administration                                              DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 8th day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Substituted pursuant to Fed. R. Civ. P. 25.